IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| THOMAS M. FLOWERS | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-06-484 |
| | § | |
| USA (IRS), ET AL. | § | |

## OPINION AND ORDER

Before the Court is a Report and Recommendation from the United States Magistrate Judge dated October 3, 2006; on October 19, 2006, Defendant, the United States of America, filed timely objections.

Upon *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), this Court **ACCEPTS** the Recommendations of the Magistrate Judge.

It is, therefore, **ORDERED** that the Motion of Plaintiff, Thomas M. Flowers, to Dismiss and/or Remand this cause (Instrument no. 8) is **DENIED**.

It is further **ORDERED** that the request of the United States that this action be dismissed with prejudice or subject to sanctions is **DENIED** at this time subject to reconsideration by the United States Magistrate Judge during the future development of this case.

It is further **ORDERED** that this action is **RETAINED** on the docket of this Court and **RETURNED** to the Magistrate Judge for the initial consideration of all further pretrial matters.

**DONE** at Galveston, Texas, this _____30th_____ day of October, 2006.

Samuel B. Kent
United States District Judge